IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:17cr121-MHT
                              )           (WO)
TONEY DORSETT SMITH           )
```

OPINION AND ORDER

On October 27, 2017, this court sentenced defendant Toney Dorsett Smith to a term of imprisonment followed by a period of supervised release.  Smith is now on supervised release.

Pursuant to the court's judgment, upon his release Smith was required to "participate in a mental-health treatment program approved by the United States Probation Office" and to "participate in mental-health counseling no less than once per month, until further order of the court."  Judgment (doc. no. 39) at 5. But, according to a recent mental-health evaluation, he does not need psychological treatment at this time. *See* Psychological Evaluation (doc. no. 42) at 3.

***

Accordingly, it is ORDERED that defendant Toney Dorsett Smith's special conditions of supervision are amended to exclude any requirement that he participate in mental-health counseling or treatment. If such treatment becomes appropriate later, defendant Smith's United States Probation Officer is to notify the court at that time.

Done, this the 15th day of June, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**